**'08 CIV 6905**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Plaintiff**
1199 SEIU GREATER UNITED HEALTHCARE
WORKERS EAST,
**Plaintiff**

-v-

NEW BRIDGEVIEW COMPANY, LLC
**Defendant**

Case No.

**Rule 7.1 Statement**

RECEIVED AUG 01 2008

     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (1199 SEIU United Healthcare Workers East) (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

     NONE

**Date:** July 31, 2008

_[signature]_

**Signature of Attorney**
Hanan B. Kolko
**Attorney Bar Code: HK 1307**

96878

American LegalNet, Inc.
www.USCourtForms.com